

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Apolinar Marquez Camposano v. The State of Texas

Appellate case number:    01–15–00041-CR

Trial court case number:   08-05-04380-CR

Trial court:                        284th District Court of Montgomery County

       Appellant's court-appointed counsel filed a motion to withdraw on June 10, 2015, and amended brief on June 17, 2015, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On July 3, 2015, appellant, acting *pro se*, filed the form motion requesting access to a copy of the record to prepare a response and requesting a 30-day extension of time to file his *pro se Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

       Accordingly, we **grant** appellant's *pro se* motion requesting the record and **order** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records, and any supplemental records, to the *pro se* appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the record to the appellant is made.

       Finally, we **grant** appellant's motion for an extension of time to file a *pro se Anders* response. Appellant's *pro se* response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.

       It is so ORDERED.


Judge's signature: _/s/ Evelyn V. Keyes
                 ☒  Acting individually

Date: July 9, 2015